# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EMMITT RILEY                                                                                               PLAINTIFF
ADC #171270

v.                                                        4:22-cv-01109-JM-JJV

ANDREA CULCLAGER,
Warden, Cummins Unit; *et al.*                                                   DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted. In the future, dismissal of this action should be counted as a strike for purposes of 28 U.S.C. § 1915(g). And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 18th day of April, 2023.

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE