IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EMMITT RILEY                                                                                                PLAINTIFF
ADC #171270

v.                                          4:22-cv-01109-JM-JJV

ANDREA CULCLAGER,
Warden, Cummins Unit; *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 18th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE